UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) NO.  4:09CR757 CAS (TIA) |
| JEFFREY GREENWELL, | ) |
| Defendant. | ) |

**GOVERNMENT'S MOTION FOR DETENTION**

Comes now the United States of America, by and through Assistant United States Attorney Carrie Costantin, and moves this Court to detain defendant pending trial and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

The Government asserts:

1)  Because of defendant's present charge, there is a presumption that no conditions of bond can ensure the community's safety.

Defendant is charged with Production of Child Pornography, in violation of Title 18, U.S.C., Section 2251.

Title 18, U.S.C. Section 3142(e) states that:

Subject to rebuttal by the person, it shall be presumed that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of the community if the judicial officer finds that there is probable cause to believe that the person committed an offense...involving a minor victim under section...2251...

Defendant cannot show that there is any condition or combination of conditions that will assure the safety of the community.

2)  Defendant lives in close proximity to the minor victim.

3)  There is a serious risk that the defendant will flee.

WHEREFORE, the Government respectfully requests that the Court order the defendant to be detained pending trial.

Respectfully submitted,

MICHAEL W. REAP
Acting United States Attorney

 s/*Carrie Costantin*
CARRIE A. COSTANTIN
 Assistant United States Attorney
111 S. 10th Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200
 carrie.costantin@usdoj.gov