IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 4:09 CR 757 CAS |
| JEFFREY GREENWELL, | ) ) ) |
| Defendant. | ) ) |

## MOTION TO WITHDRAW

COMES now Brian S. Witherspoon and the Office of the Federal Public Defender and requests leave to withdraw as attorney for defendant Jeffrey Greenwell due to an actual conflict of interest. Mr. Greenwell filed a complaint against counsel with the Missouri Bar Association. The Bar Association's Office of Disciplinary Counsel investigated the complaint and found the complaint without merit. Counsel believes it is in the interests of justice to appoint new counsel for Mr. Greenwell in this matter so that he may be satisfied that he will receive effective representation as the case proceeds.

Respectfully submitted,

/s/Brian S. Witherspoon
BRIAN S. WITHERSPOON    4735
Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Brian_Witherspoon@fd.org
ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2010, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Carrie Costantin, Assistant United States Attorney.

                                         /s/Brian S. Witherspoon
                                         BRIAN S. WITHERSPOON     4735
                                         Assistant Federal Public Defender