UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

FEB X 3 2011

U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | No.   S2-4:09 CR 757 CAS (TIA) |
| ) | |
| JEFFREY GREENWELL, ) | |
| ) | |
| Defendants. ) | |

## SECOND SUPERSEDING INDICTMENT

### COUNT I

The Grand Jury charges that:

At all times pertinent to the charges in this indictment:

1. Federal law defined the term:

   (a) "minor" to mean any person under the age of eighteen years (18 U.S.C. § 2256(1));

   (b) "sexually explicit conduct" to mean actual or simulated

   (i) sexual intercourse, including genital-genital, anal-genital, oral-genital, oral-anal, whether between persons of the same or opposite sex,

   (ii) bestiality,

   (iii) masturbation,

   (iv) sadistic or masochistic abuse, or

   (v) lascivious exhibition of the genitals or pubic area of any person (18 U.S.C §2256(2)(A)); and

   (c) "computer" to mean an electronic, magnetic, optical, electrochemical or other high

speed data processing device performing logical, arithmetic or storage functions, including any data storage facility or communications facility directly related to or operating in conjunction with such device. (18 U.S.C.§2256(6)).

(d) "child pornography" to mean any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where--

> (A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; or

> (C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct.

2. The "Internet" was, and is, a computer communications network using interstate and foreign lines to transmit data streams, including data streams used to store, transfer and receive graphic files including, but not limited to, the visual depictions in any count of this indictment.

3. Between on or about January 1, 2007 and on or about October 23, 2009, in the Eastern District of Missouri,

**JEFFREY GREENWELL,**

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor, BE, to engage in sexually explicit conduct, specifically, the lascivious exhibition of BE's genitals and defendant performing oral sex on BE, and said sexually explicit conduct was for the purpose of producing a visual depiction of such conduct, to wit: still images of the lascivious exhibition of BE's genitals and of defendant performing oral sex on BE, and such depictions were produced using materials that had been mailed, shipped, or transported in interstate and foreign commerce,

i.e., a digital camera.

In violation of Title 18, United States Code, Section 2251(a) and punishable under Title 18, United States Code, Section 2251(e).

## COUNT II

The Grand Jury further charges that:

1. The allegations contained in paragraphs one and two of Count I of this Indictment are incorporated by reference as if fully set forth herein.

2. Between on or about January 1, 2007 and on or about October 23, 2009, in the Eastern District of Missouri,

**JEFFREY GREENWELL,**

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor, SJ, to engage in sexually explicit conduct, specifically, the lascivious exhibition of SJ's genitals, defendant masturbating SJ and defendant performing oral sex on SJ, and said sexually explicit conduct was for the purpose of producing a visual depiction of such conduct, to wit: still images of the lascivious exhibition of SJ's genitals, defendant masturbating SJ and defendant performing oral sex on SJ and such depictions were produced using materials that had been mailed, shipped, or transported in interstate and foreign commerce, i.e., a digital camera.

In violation of Title 18, United States Code, Section 2251(a) and punishable under Title 18, United States Code, Section 2251(e).

## COUNT III

The Grand Jury further charges that:

1. The allegations contained in paragraphs one and two of Count I of this Indictment are

3

incorporated by reference as if fully set forth herein.

2. Between on or about January 1, 2003 and on or about October 23, 2009, in the Eastern District of Missouri,

### JEFFREY GREENWELL,

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor, KA, to engage in sexually explicit conduct, specifically, the lascivious exhibition of KA's genitals, defendant masturbating KA, defendant performing oral sex on KA and KA performing oral sex on defendant, and said sexually explicit conduct was for the purpose of producing a visual depiction of such conduct, to wit: still images of the lascivious exhibition of KA's genitals, defendant masturbating KA, defendant performing oral sex on KA, and KA performing oral sex on defendant, and such depictions were produced using materials that had been mailed, shipped, or transported in interstate and foreign commerce, i.e., a digital camera.

In violation of Title 18, United States Code, Section 2251(a) and punishable under Title 18, United States Code, Section 2251(e).

### COUNT IV

The Grand Jury further charges that:

1. The allegations contained in paragraphs one and two of Count I of this Indictment are incorporated by reference as if fully set forth herein.

2. Between on or about January 1, 2008, and on or about October 23, 2009, in the Eastern District of Missouri,

### JEFFREY GREENWELL,

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor,

BK, to engage in sexually explicit conduct, specifically, the lascivious exhibition of BK's genitals, and said sexually explicit conduct was for the purpose of producing a visual depiction of such conduct, to wit: still images of the lascivious exhibition of BK's genitals, and such depictions were produced using materials that had been mailed, shipped, or transported in interstate and foreign commerce, i.e., a digital camera.

In violation of Title 18, United States Code, Section 2251(a) and punishable under Title 18, United States Code, Section 2251(e).

## COUNT V

The Grand Jury further charges that:

1. The allegations contained in paragraphs one and two of Count I of this Indictment are incorporated by reference as if fully set forth herein.

2. Between on or about January 1, 2008, and on or about October 23, 2009, in the Eastern District of Missouri,

**JEFFREY GREENWELL,**

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor, KS, to engage in sexually explicit conduct, specifically, the lascivious exhibition of KS's genitals, defendant masturbating KS, defendant performing oral sex on KS, and said sexually explicit conduct was for the purpose of producing a visual depiction of such conduct, to wit: still images of the lascivious exhibition of KS's genitals, defendant masturbating KS, defendant performing oral sex on KS, and such depictions were produced using materials that had been mailed, shipped, or transported in interstate and foreign commerce, i.e., a digital camera.

In violation of Title 18, United States Code, Section 2251(a) and punishable under Title 18, United States Code, Section 2251(e).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney


_____
CARRIE COSTANTIN, #54734
Assistant United States Attorney