UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No. 4:09 CR 757 CAS |
| ) | |
| JEFFREY GREENWELL, ) | |
| ) | |
| Defendant. ) | |

GOVERNMENT'S EXHIBIT LIST

COMES NOW the United States of America, by and through the United States Attorney for the Eastern District of Missouri, Richard G. Callahan and Carrie Costantin, Assistant United States Attorney for said district, and files its Exhibit List.  The Government reserves the right to admit additional exhibits that are not listed below.

1   Search warrant for 72 Osage Drive
2   Search warrant for computers and Nikon
3   Miranda form
4   photos shown to defendant
5   Search warrant for Osage items                                                    6
6   Photo: exterior 72 Osage
7   Photo: Scooby Doo sticker
8   Photo: Living room - right
9   Photo: Living room - left
10  Photo: Dell computer
11  Photo: Dell computer with J marker
12  Dell computer
12A Dell battery and power cord
13  Photo: tray

1

| | |
|---|---|
| 14 | Photo: Item H |
| 15 | Photo: Casio camera |
| 16 | Casio camera |
| 17 | Photo: kitchen |
| 18 | Photo: bedding |
| 19 | Photo: dresser in bedroom |
| 20 | Photo:  camera bags on dresser top |
| 21 | Photo: Nikon camera bag |
| 22 | Photo: Sony Handycam |
| 23 | Nikon camera |
| 24 | Sony Handycam |
| 25 | Photo: desk |
| 26 | Photo: item K |
| 27 | Gateway computer |
| 28 | Photo: safe |
| 29 | Photo: item L - safe |
| 30 | safe |
| 31 | vibrator |
| 32 | Photo: item M - LG phone |
| 33 | LG phone |
| 34 | photo of BE |
| 35 | photo of KA and BK |
| 36 | photo of BN |
| 37 | photo: of SJ |
| 38 | Casio camera |
| 39 | Hrenak resume |
| 40 | JPEG_18571264[717] |
| 40A | EXIF data for JPEG_18571264[717] |
| 41 | JPEG_16506880[717] |
| 41A | EXIF data for JPEG_16506880[717] |
| 42 | Mize resume |
| 43 | B_Awake 001.jpg |
| 44 | B_Awake 002.jpg |
| 45 | B_Awake 018.jpg |
| 46 | B_Awake 035.jpg |
| 47 | EXIF data for B_Awake files |
| 48 | BE and defendant  photo |
| 49 | BE sleeping photo |

| | |
|---|---|
| 50 | hand touching penis photo |
| 51 | BE sitting photo |
| 52 | BE at computer photo |
| 53 | BE asleep photo |
| 54 | hand touching penis photo |
| 55 | mouth on penis photo |
| 56 | BE photo |
| 57 | B asleep photo |
| 58 | hand touching penis photo |
| 59 | mouth on penis photo |
| 60 | mouth on penis photo-2nd |
| 61 | KA defendant photo |
| 62 | KA defendant photo -2nd |
| 63 | defendant KA photo |
| 64 | defendant KA photo |
| 65 | SJ photo |
| 66 | hand touching penis photo |
| 67 | SJ sleeping photo |
| 68 | mouth on penis photo |
| 69 | SJ sleeping photo |
| 70 | hand pulling down shorts photo |
| 71 | mouth on penis photo |
| 72 | BK and KA photo |
| 73 | BK photo |
| 74 | BK and KA photo |
| 75 | BK photo |
| 76 | BK and KA by refrigerator photo |
| 77 | KS sleeping photo |
| 78 | shirt and shorts photo |
| 79 | hand touching penis photo |
| 80 | mouth on penis photo |
| 81 | mouth on penis photo - 2nd |
| 82 | KS asleep photo |
| 83 | shirt and shorts photo |
| 84 | hand touching penis photo |
| 85 | mouth on penis photo |
| 86 | hand penetrating minor with vibrator  photo |
| 87 | KA photo |

| | |
|---|---|
| 88 | vibrator penetrating minor male photo |
| 89 | Messenger History (414516798) |
| 90 | BE birth certificate |
| 91 | SJ birth certificate |
| 92 | KA birth certificate |
| 93 | BK birth certificate |
| 94 | KS birth certificate |
| 95 | Casio records |
| 96 | Nikon records |
| 97 | Sony records |
| 98 | Diagram of 72 Osage |

Respectfully submitted,
RICHARD G. CALLAHAN
United States Attorney


 s/ Carrie Costantin
CARRIE A. COSTANTIN 54734
Assistant United States Attorney
111 S. 10th Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2011, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Ms. JoAnn Trog
121 West Adams
St. Louis, MO 63122

s/*Carrie Costantin*
CARRIE COSTANTIN  54734
Assistant United States Attorney