UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  S2-4:09 CR 757 CAS |
| ) | |
| JEFFREY GREENWELL, ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S OBJECTION TO PRESENTENCE REPORT**

Comes now the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Carrie Costantin, Assistant United States Attorney for said District, and states that the Government has the following objection to the Presentence Report:

The Government objects to paragraphs 129 on the grounds that the information contained in the paragraph does not warrant a downward variance.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

   S/ Carrie Costantin
CARRIE A. COSTANTIN 54734
Assistant United States Attorney
111 S. 10th Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200
carrie.costantin@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2011 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Ms. JoAnn Trog
121 West Adams
St. Louis, MO 63122

Ms. Janis Bauer
U.S.  Probation Officer
111 S. 10th Street, Suite 2.325
St. Louis, MO 63102

                        s/*Carrie Costantin*
                        CARRIE COSTANTIN  54734
                        Assistant United States Attorney