**FILED**

SEP 2 9 2011

U. S. DISTRICT COURT
E. DISTRICT OF MO.

Sept 26, 2011

Honorable Charles A. Shaw
United States District Court
111 South 10th Street
St. Louis, Missouri 63102

Re: Jeffrey Greenwell
Case No. 4:09CR757CAS

Dear Judge Shaw,

I am writing you concerning Jeffrey Greenwell.

I have known Jeff for about 32 yrs. Thru those years, I watch him grow into a respectful young man. If you needed help, and Jeff could help, he was there.

Jeff was alway a hard worker. He never went long without a job. He's a friendly, out-going person. Thru the years he amazed me in the different talent God gifted him with, music - art - writing - woodwork - to name a few.

Thank-you for allowing me to write this letter in reguard to Jeff.

respectfully
Janet Whitaker

J. Whitaker
P.O. Box 92
Mineral Point Mo.
63660

CAPE GIRARDEAU MO. 637
27 SEP 2011 PM 5 T

Honorable Charles A. Shaw
United States District Court
111 South 10th Street;
St. Louis, Missouri
63102

RECEIVED BY MAIL
SEP 29 2011
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

FILED

SEP 29 2011

U. S. DISTRICT COURT
E. DISTRICT OF MO.

September 26, 2011

Honorable Charles A. Shaw
United States District Court
111 South 10th Street
Saint Louis, Missouri   63102


Re:  Jeffrey Greenwell
     Case No. 4:09 CR 757 CAS


Dear Judge Shaw:

First of all, as Jeff's mother, I would like to thank you for allowing Jeff to have the cataract surgery.  I do appreciate it very much.

Jeff is a very hard worker.  He is always punctual at every job he has ever had.  He never liked to be late for anything, and he didn't miss very many days of work unless he was seriously ill.  The last job he had was in a factory, and his boss liked him very much.  He told Jeff one day to never leave there, because he was the best worker that he had on his shift.  At this particular job, Jeff put in a bid for a Line Mechanic position, and it required that he take an aptitude test.  The lady who gave him the test said that Jeff made the highest score of anyone else that ever took the test, so Jeff was able to get the Line Mechanic position.

Jeff is very mechanically inclined.  He knows how to work on cars and to do house repairs.  He has worked as a Maintenance Supervisor before.  He learned most of these skills from his grandpa.

Jeff is a very kind and generous person.  When my husband and I were in a car accident several years ago, Jeff loaned us one of his cars to use until we were able to get the settlement from our insurance company.  He has helped us financially when we were going through some hard times.

Jeff always worked hard in order to make his own way. He was faithful to pay his bills on time, and he didn't like to owe people money.

Jeff is very musically talented and outgoing. He plays the piano and bass guitar. The church we attended when Jeff was a teenager had a bass guitar and amplifier. The pastor told Jeff to take it home with him and practice through the week. Jeff would put headphones on and listen to gospel music and would play along on the bass guitar. He learned to play very well, and he played it in church. He eventually saved up and bought his own bass guitar and amplifier. He also taught himself to play the piano. He has a gift to write gospel songs and to compose the music to them. He has written quite a few beautiful songs. He can sit at a piano and just make up songs as he is playing. I could sit and listen to him play the piano for hours. Several years ago, he and the gospel group he played with traveled to Nashville, TN to record an album.

Jeff also worked as a mounted extra in the Hollywood film, Ride with the Devil, staring Toby McGuire.

Jeff is a kind and wonderful son and I love him very much. He is a vital part of our family, and I miss him desperately. There is an empty place in our home that no one else can ever fill except him. I wish I could fix him a good home cooked meal and sit and enjoy it with him.

Your Honor, I would like to take this opportunity to thank you for taking the time to read my letter.

Respectfully Yours,

*Lois Morgan*

Lois Morgan

Lois Morgan
11085 Pigeon Roost Rd
Steelville, MO 65565

ST LOUIS MO 630
27 SEP 17 PM 3 L

Honorable Charles A. Shaw
United States District Court
111 South 10th Street
Saint Louis, Missouri 63102

RECEIVED
BY MAIL
SEP 29 2011
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**FILED**

SEP 2 9 2011

U. S. DISTRICT COURT
E. DISTRICT OF MO.

September 26, 2011

Honorable Charles A. Shaw
United States District Court
111 South 10th Street
Saint Louis, Missouri  63102

Re:   Jeffrey Greenwell
      Case No. 4:09 CR 757 CAS

Dear Judge Shaw:

I am grateful for this opportunity to share with you some of my thoughts, impressions, and feelings about my Brother, Jeffrey Greenwell.  Jeff is the younger of two children born to my parents.  I am one year and seven months Jeff's senior.  Jeff and I have always been close; like best friends.  After leaving the city of Fenton, Missouri when I was in fourth grade, our parents decided to move out of the city and raise Jeff and me in a small town in beautiful rural Missouri.  I suspect that the major reason Jeff and I forged such a close bond as siblings is because, unlike the subdivision in Fenton, there were very few children our age to socialize with in our new rural setting.  Consequently, Jeff and I relied heavily upon one another for entertainment, recreation, creative play, and athletics.  Jeff and I grew up in a traditional family environment.  Our father worked at the Chrysler plant in Fenton where he eventually retired.  Our mother generally did not work outside of the home, but rather chose to stay at home and raise her two sons in the best possible way.

Jeff and I share many common interests with one another.  We both enjoy Music, Aviation, Fishing, Camping, Hiking, and Chess just to name a few.

Jeff is a very intelligent and talented young man that I have grown to deeply admire.  He is one of the most punctual and hard-working individuals I have ever encountered in my life.  He is not a quitter, but sees every task through to completion.  Because of these outstanding qualities, He has been a remarkable asset to his family, employers, and friends.  Unlike me, Jeff is

a very outgoing person and seldom meets a stranger.  He is brave, self-confident, and willing to tackle most any challenge that presents itself.  Jeff worked part time at our local county courthouse while finishing high school.  Following graduation, Jeff began working fulltime in order to earn a paycheck and become independent.  Jeff's faith in God, his strong work ethic and his keen moral awareness continue to serve him to this very day, and I suspect that this will hold true regardless of what the future may bring for him.

Jeff is a good and decent person and one who is able make the best out of any situation.  I have complete confidence in his ability to succeed regardless of any previous mistakes he may have made, and it is my deepest hope that one day soon, he will be able to come home.  We miss him.  Without a doubt, the last twenty months have been the most difficult times of our lives; however, the patience and perseverance which Jeff has displayed throughout it all have been an inspiration to all of us.

Jeff's absence has created a very tangible and uncomfortable vacuum in our family that only he can fill.

I appreciate the time you have taken to review this letter and also the interest you have in learning as much as possible about the man I call brother and friend.


Respectfully Yours,

Steven Greenwell

Steven Greenwell
11085 Pigeon Roost Rd
Steelville, MO 65565

USA FIRST-CLASS FOREVER

27 SEP 11 PM 6 T

RECEIVED BY MAIL
SEP 29 2011
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Honorable Charles A. Shaw
United States District Court
111 South 10th Street
Saint Louis, Missouri 63102

FILED

SEP 2 9 2011

U. S. DISTRICT COURT
E. DISTRICT OF MO.

September 26, 2011

Honorable Charles A. Shaw
United States District Court
111 South 10th Street
Saint Louis, Missouri   63102


Re:   Jeffrey Greenwell
      Case No. 4:09 CR 757 CAS


Dear Judge Shaw:

Jeff is my grandson and I love and appreciate him. I've had the privilege of working with Jeff as an Electrician. He has worked with me and also for me. He was a good worker, and his work was always nice and neat. He never left tools lying around, and he always put things away in their proper place. He was never late for work. He was respectful to others on the job, and he never complained about his work. He got along good with everyone. Anytime I needed help around the house with anything, Jeff was always ready and willing to lend a helping hand.

Respectfully Yours,

*James Kennon*

James Kennon

James Kennon
10897 Mayo Ln
Potosi, MO 63664

ST LOUIS MO 630

27 SEP 11 PM 5 T

REFOREVER BY MAIL

SEP 2 9 2011

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Honorable Charles A. Shaw
United States District Court
111 South 10th Street
Saint Louis, Missouri  63102

**FILED**

SEP 2 9 2011

U. S. DISTRICT COURT
E. DISTRICT OF MO.

September 26, 2011

Honorable Charles A. Shaw
United States District Court
111 South 10th Street
Saint Louis, Missouri   63102


Re:   Jeffrey Greenwell
      Case No. 4:09 CR 757 CAS


Dear Judge Shaw:

Jeff Greenwell is my nephew and I am blessed to have such a kind and generous person in my family.  We have a lot in common, because I am a singer and songwriter and Jeff is a very talented musician and songwriter.  He has played the piano for me numerous times and helped compose and transpose songs for me.  Anytime I needed help with anything, I always knew I could depend on Jeff.  He's not only my nephew but also my friend.  I always appreciated his honesty.  When we would be working on a song, he would say to me, "Maybe that song would sound better like this."  He would then play the same song back to me with some added notes, and it sounded so beautiful.  I miss working with him.  If I could say three words to define his character, they would be: Honest, Kind, and Generous.

Respectfully Yours,

*Shirley Kennon*
Shirley Kennon

Shirley Kennon
10897 Mayo Ln
Potosi, MO 63664

ST LOUIS MO 630
27 SEP 11 PM 5 T

RECEIVED
BY MAIL
SEP 29 2011
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Honorable Charles A. Shaw
United States District Court
111 South 10th Street
Saint Louis, Missouri 63102

**FILED**

SEP 2 9 2011

U. S. DISTRICT COURT
E. DISTRICT OF MO.

September 26, 2011

Honorable Charles A. Shaw
United States District Court
111 South 10th Street
Saint Louis, Missouri   63102


Re:   Jeffrey Greenwell
      Case No. 4:09 CR 757 CAS


Dear Judge Shaw:

I am Jeff's grandma.  I always enjoyed seeing him when he came to visit with me.  I love him, and we had good times together. We went on some vacations together, and he would always bring some good food for me to cook, like chicken gizzards and liver. He liked the way I fried them up.  I always got along good with him.  He was a great preacher, and I loved hearing him preach at my church.  He is also a good piano player.  He never gave me any trouble, and he was always good to me.  If I needed anything worked on at the house, he would do it for me.

Respectfully Yours,

*Ruth Kennon*

Ruth Kennon



ST LOUIS MO 631

27 SEP 13 PM 4 L

RECEIVED
BY MAIL

SEP 29 2011

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Honorable Charles A. Shaw
United States District Court
111 South 10th Street
Saint Louis, Missouri   63102

Ruth Kennon
10897 Mayo Ln
Potosi, MO 63664

63102811125