## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 11-3280

United States of America

Appellee

v.

Jeffrey Greenwell

Appellant

------------------------------------------------------------

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:09-cr-00757-CAS-1)

------------------------------------------------------------

**ORDER**

      This criminal appeal involves child pornography. In accordance with the provisions of 18 U.S.C. Section 3509(d)(2) regarding confidentiality of information and privacy protection, all papers filed with this court which disclose the name of or any information concerning a child shall be sealed.

      Counsel are hereby instructed to comply with the provisions of this section. The following procedures shall govern filings in this matter.

      Clerk's records will be filed under seal and remain sealed pending further order of the court. The transcript and any exhibits in the matter will also be filed under seal pending further order of the court. In the event that counsel choose to submit an appendix and that appendix contains the name of the child victim or witness, or information about the child's identity, counsel shall submit three (3) complete copies and one (1) redacted copy of the appendix; the complete copies will be sealed and made available only to the panel to which this case is assigned. The redacted copy will be placed in the public record.

      In the event that a pleading to be filed with the court contains the child's name or information about the child's identity, counsel shall submit three (3) complete copies of the pleading and one (1) redacted version. The complete version will be sealed and the redacted version placed in the public record.

      With respect to the parties' briefs, if the brief discloses the name of the child or information about the child's identity, counsel shall submit one (1) redacted version of the brief and nine (9) complete copies. The complete versions will be held under seal and made available only to the panel to which this case is assigned. The redacted version will be placed in the public record. These procedures shall also apply to the addenda submitted with the briefs. Pursuant to 8th Cir. R. 28A(d), counsel shall provide a diskette of the redacted, public version of the brief. Unless counsel requests otherwise, the redacted, public version of the brief will be placed on the

court's website.

The face of all redacted and complete versions of briefs, record materials and pleadings shall be appropriately marked with the words "REDACTED COPY" or "COMPLETE COPY" in large, bold type.

In the redacted copies of materials filed with the court, counsel shall identify the child by initials and shall refrain from providing any information which would allow the identity of the child to be discovered.

The clerk is directed to monitor and enforce strict compliance with the provisions of the statute and the requirements of this order.

October 20, 2011


Order Entered under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
         /s/ Michael E. Gans