RECEIVED
DEC 0 2 2013
BY MAIL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MISSOURI

EASTERN DIVISION

---

| | |
|---|---|
| JEFFREY GREENWELL, | ) |
|     Petitioner, | ) |
| | ) |
| v. | ) No: 4:09-CR-757-CAS |
| | ) |
| UNITED STATES OF AMERICA, | ) |
|     Respondent. | ) |

---

NOTICE OF INTENT TO FILE 28 U.S.C. § 2255 MOTION

AND SUBPOENA FOR DOCUMENTS

COMES NOW PETITIONER, JEFFREY GREENWELL, Pro Se, a Federal prisoner, to advise this Honorable Court of this intent to file a 28 U.S.C. § 2255 Motion. This notice is filed for the purpose of giving the Court a reason to grant a motion requesting discovery materials that have already been produced, (a motion that was previously denied (Doc.156)). As the Petitioner is now Pro Se, these documents should be available for the asking since the Petitioner is NOT attempting to 'conduct discovery' and is merely requesting that the materials be passed from one 'attorney' to the next.

The materials requested are necessary for the following reasons:

    1) To show that the petitioners constitutional rights were violated.

    2) To make the claims on his 2255 meaningful. Petitioner requires all discovery materials and transcripts (Pre-Trial, Trial & Sentencing) that are not in his possession but should be in the possession of Ms. Trog (the attorney of record for Petitioners Plea hearing, Sentencing Hearing, and Direct Appeal). The petitioner respectfully request this Court grant his motion for Subpoena to Produce Documents (included with this notice) as these times are necessary to complete petitioners 28 U.S.C. § 2255 motion.

Respectfully Submitted,

X_____    Date November 22, 2013
JEFFREY GREENWELL

Jeffrey Greenwell

Reg.#: 36896-044

United States Penitentiary

P.O. Box 24550

Tucson, Arizona   85734